## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :

                  v.                 :        **Crim. No. 06-164 M (AK)**

CHRISTOPHER A. JOHNSON,        :

            Defendant.        :

# FILED

## MAY 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon motion of Defendant Christopher Johnson, it is hereby ORDERED that

1. Defendant Johnson should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Johnson's D.C.D.C. number is [ ] his date of birth is [ ]

SO ORDERED this _12_ day of _May_, 2006.

THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Jessie Liu, AUSA
Dani Jahn, AFPD
U.S. Marshal

