UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION:  18 U.S.C. §2113(a) |
| | : | (Bank Robbery) |
| **CHRISTOPHER A. JOHNSON,** | : | |
| **Defendant.** | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about the April 1, 2006, in the District of Columbia, the defendant, **CHRISTOPHER A. JOHNSON**, by force, violence and intimidation did take from the person or presence of another, namely Sun Trust Bank, money, to wit $500 in United States Currency, belonging to and in the care, custody, control, management, and possession of the Sun Trust Bank of Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### COUNT TWO

On or about the April 2, 2006, in the District of Columbia, the defendant, **CHRISTOPHER A. JOHNSON**, by force, violence and intimidation did take from the person or presence of another, namely Sun Trust Bank, money, to wit $600 in United States Currency, belonging to and in the care,

custody, control, management, and possession of the Sun Trust Bank of Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
JESSIE K. LIU
Assistant United States Attorney
Bar No.  472-845
Federal Major Crimes Section
555 4th Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549