UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-158 (RJL)** |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **CHRISTOPHER A. JOHNSON,** | : | VIOLATION:  18 U.S.C. §2113(a) |
| **Defendant.** | : | (Bank Robbery) |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about the April 1, 2006, in the District of Columbia, the defendant, **CHRISTOPHER A. JOHNSON**, by force, violence and intimidation did take from the person or presence of another, namely Sun Trust Bank, money, to wit $500 in United States Currency, belonging to and in the care, custody, control, management, and possession of the Sun Trust Bank of Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

### **COUNT TWO**

On or about the April 2, 2006, in the District of Columbia, the defendant, **CHRISTOPHER A. JOHNSON**, by force, violence and intimidation did take from the person or presence of another, namely Sun Trust Bank, money, to wit $600 in United States Currency, belonging to and in the care,

custody, control, management, and possession of the Sun Trust Bank of Washington, D.C., a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia