UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
        v.                  :    Crim. No. 06-158 (RJL)
                            :
                            :
CHRISTOPHER A. JOHNSON,     :
                            :
        Defendant.          :
                            :

FILED
AUG 1 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, Christopher A. Johnson, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Bank Robbery, in violation of 18 U.S.C. § 2113(a), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant took money belonging to, or in the care, custody, control, management, or possession of, a bank;

2. That Defendant took the money from the person or presence of another; and

3. That Defendant did so by force and violence or by intimidation.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on April 1, 2006, at approximately 9:50 a.m., Defendant, Christopher A. Johnson, entered the SunTrust Bank located at 410 Rhode Island Avenue, N.E., in Washington, D.C., and approached a teller. Defendant Johnson requested a withdrawal slip. The teller responded that she needed an account number so that she could print out a computer-generated withdrawal slip. Defendant provided a Social Security number to the teller, who was unable to locate the account with that number and requested some identification. Defendant Johnson gave the teller a Maryland commercial driver's license. He then passed the teller a note that read, "Give me $500 or I'll shot

[sic] the lady next to me and give me my license back. Don't make any suden [sic] moves." The teller handed Defendant Johnson $500 in $100 bills, and Defendant Johnson left the bank.

On April 2, 2006, at approximately 1:10 p.m., Defendant Johnson entered the SunTrust Bank located inside a Safeway grocery store at 2845 Alabama Avenue, S.E., in Washington, D.C., and passed a note to a teller. The note read: "Please do not make any sudden move [sic] or I'll shoot everybody in here and my partner will wait for you at 5 pm. Give me 15 - 100 dollar bill [sic] and wait 15 min. befor [sic] calling police anybody follows me or try to stop me will get shot. My life depends on this so please don't stop me. Keep my ID." The teller did not have any $100 bills, so she wrote on the back of the note, "I only had 50's." Defendant Johnson responded, "That's fine." Defendant Johnson also wrote on the back of the note, "Send police to 1808 S St. S.E." The teller gave Defendant Johnson $600 in $50 bills, and Defendant Johnson left. At the time of these robberies, the deposits of both SunTrust Bank branches were insured by the Federal Deposit Insurance Corporation.

This factual proffer is a summary of Defendant Johnson's participation in the offenses of Bank Robbery, and is not intended to be a complete accounting of all facts and events related to the offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
202-514-7549

**DEFENDANT'S ACKNOWLEDGMENT**

I have read this factual proffer and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: Aug 1, 2006

_____
CHRISTOPHER A. JOHNSON
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 8/1/06

_____
DANI JAHN, ESQUIRE
Attorney for Defendant

-3-