

**CORRECTIONS CORPORATION OF AMERICA**

From: O. Aquaowo, Case Manager

To:   D. Jahn, Attorney

Re:   Inmate Johnson, Christopher DCDC# 283385

October 3, 2006

This letter is to verify that inmate Christopher Johnson DCDC#283385 has been incarcerated in Corrections Corporation of America / Correctional Treatment Facility since May 16, 2006. He has been a model inmate and has not incurred any infraction. His current classified custody level is medium 5 ( medium custody). Our facility houses minimum and medium custody inmates. The numerical range of custody levels cover between less than zero to medium 12. Inmate Christopher Johnson worked in my Housing Unit as a Unit detail Aide for a period of about two months. Inmate Christopher Johnson took his responsibility seriously.

Inmate Johnson is also enrolled in our education program to enable him get his GED diploma. He currently works as a Detail Aide with the education department in our jail to help tutor other inmates that have academic needs.

Thank you so much,

O. Aquaowo