SEP-07-2006  15:22          3539414          3539414    P.02/03

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-0158</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Johnson, Christopher | : | Disclosure Date: <u>September 6, 2006</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the
        attachment herein.

                                                September 7, 2006

_____                      _____
Prosecuting Attorney                            Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the
        attachment.


_____   _____      _____   _____
Defendant           Date             Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>September 20, 2006</u>, to U.S. Probation Officer
<u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.


**FOR THE COURT**

**By:**     Richard A. Houck, Jr., Chief
            United States Probation Officer

SEP-07-2006   15:22        3539414                                    3539414    P.03/03

**Receipt and Acknowledgment**                                      **Page 2**

Paragraph 1:   The Government filed a two-count, not one-count, Information.

Paragraph 42:  The Government believes that the name of Mr. Johnson's friend may be Dawnnell
              Martenia.

Signed by: _____
                 (Defendant/Defense Attorney/AUSA)

Date: _____ September 7, 2006

TOTAL P.03